UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALICIA FIGUEROA-LORIE,<br><br>Defendant. | Case No.: 2:10-cr-00177-PMP-RJJ<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that Pre-Trial Services is to return Ms. Figueroa-Lorie's Passport to her.

DATED _ 8th day of April, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

3