1   RENE L. VALLADARES
Federal Public Defender
2   State Bar No. 11479
RAQUEL LAZO
3   411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
4   Tel: (702) 388-6577
Fax: (702) 388-6261
5

6   Attorney for: ALICIA FIGUEROA-LORIE

7                 UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-177-PMP-RJJ |
| Plaintiff, | **UNOPPOSED MOTION AND PROPOSED ORDER TO VACATE STATUS HEARING** |
| vs. | |
| ALICIA FIGUEROA-LORIE, | |
| Defendant. | |

COMES now the defendant, ALICIA FIGUEROA-LORIE, by and through counsel, Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for ALICIA FIGUEROA-LORIE,  and  moves  this court to vacate the status hearing currently set for Monday, January 9, 2012..

This unopposed motion is filed  for the following reasons:

1.     The defendant, being in full compliance with the requirements of her unsupervised probation, has relocated and now resides in the state of Florida.  Travel to Las Vegas, Nevada for the status hearing would create an unnecessary financial burden on the defendant.

2.     The defendant  has met the special conditions by completing the community service and assessment payment required of her in the Judgment filed on March 29, 2011.

(See Exhibit A as attached verification)

3.     Defense counsel has conferred with AUSA Rob W. MacDonald, who has stated he has no objections, as long as all conditions have been met.

/ / /

1    DATED this 21st day of October, 2011.

2                                                  RENE L. VALLADARES
                                                   Federal Public Defender
3

4

5                                                  By:/s/ Raquel Lazo
                                                   RAQUEL LAZO
6                                                  Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

1
2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3
4
5
6
7

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ALICIA FIGUEROA-LORIE,,

            Defendant.

Case No.: 2:10-cr-177-PMP-RJJ

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

8

**FINDINGS OF FACT**

9
10

Based on the pending unopposed motion of counsel, and good cause appearing therefore, the Court finds that:

11
12

    1.      The defendant, being in full compliance with the requirements of her unsupervised probation, has relocated and now resides in the state of Florida

13
14

    2.      She has met the special conditions by completing the community service and assessment payment required of her in the Judgment filed on March 29, 2011.

15

**CONCLUSIONS OF LAW**

16
17
18

The Defendant has has met the special conditions by completing the community service and assessment payment required of her in the Judgment filed on March 29, 2011. Therefore, the interest of justice is best served by vacating the status check hearing set for January 9, 2012.

19

**ORDER**

20

21
22

IT IS THEREFORE ORDERED that the status check hearing set for January 9, 2012, is hereby vacated, defendant's unsupervised probation is terminated and the case closed.

23

DATED this _ 25th day of October, 2011.

24
25

_____
UNITED STATES DISTRICT  JUDGE

26
27
28

3

1                     **CERTIFICATE OF ELECTRONIC SERVICE**

2         The undersigned hereby certifies that I am an employee of the Law offices of the Federal

3 Public Defender for the District of Nevada and am a person of such age and discretion as to be

4 competent to serve papers.

5         That on October 21, 2011, I   served an electronic copy of the above and foregoing

6 **UNOPPOSED MOTION AND PROPOSED ORDER TO VACATE STATUS HEARING**

7 by electronic service (ECF) to the person named below:

8

9

10         DANIEL G. BOGDEN
        United States Attorney

11         ROB W. MACDONALD
        Assistant United States Attorney

12         333 Las Vegas Blvd. So., 5th Floor
        Las Vegas, Nevada 89101

13

14

15                     /S/ Nancy Vasquez

16                     Nancy Vasquez, Legal Secretary to
                    RAQUEL LAZO,

17                     Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26

27

28